UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

William Hutton,

    Plaintiff,

vs.

GMAC Mortgage, LLC and Federal National Mortgage Association,

    Defendants.

Case No. 10-14715

Honorable David M. Lawson

| | |
|---|---|
| Adam G. Taub (P48703)<br>Attorney for Plaintiff<br>CONSUMER LAW GROUP, PLC<br>18930 W. Ten Mile Road<br>Suite 2500<br>Southfield, MI  48075<br>(248) 746-3790<br>adamgtaub@clgplc.net | Thomas M. Schehr (P54391)<br>Matthew Mitchell (P69810)<br>Attorneys for Defendants<br>DYKEMA GOSSETT PLLC<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, MI 48304<br>(248) 203-0700<br>tschehr@dykema.com<br>mmitchell@dykema.com |

**DEFENDANT GMAC MORTGAGE, LLC'S
CORPORATE DISCLOSURE STATEMENT**

    Pursuant to E.D. Mich. L.R. 83.4 and Fed. R. Civ. P. 7.1, Defendant GMAC Mortgage, LLC makes the following disclosure:

    GMAC Mortgage, LLC is a wholly owned indirect subsidiary of Ally Financial Inc. f/k/a GMAC Inc. ("Ally").  Ally is not publicly held.  No publicly held corporation owns more than 10% of the common stock of Ally.

1.     Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    ____ YES        __X__ NO

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

____ YES          __X__ NO

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

Respectfully submitted,

DYKEMA GOSSETT PLLC

By: /s/ Matthew Mitchell
Thomas M. Schehr (P54391)
Matthew Mitchell (P69810)
Attorneys Defendants
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0700
tschehr@dykema.com

Date: February 4, 2011                 mmitchell@dykema.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Adam G. Taub (P48703).

/s/Matthew Mitchell
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI  48304-5086
(248) 203-0542
E-mail:  mmitchell@dykema.com
P69810

2